

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00472-CV

**IN RE HALLMARK COUNTY MUTUAL INSURANCE COMPANY**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

Delivered and Filed: October 28, 2020

PETITION FOR WRIT OF MANDAMUS DENIED

On September 18, 2020, relator filed a petition for writ of mandamus and a motion for temporary relief pending final resolution of the petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relator's motion for temporary relief is denied as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2018CI18951, styled *Hallmark County Mutual Insurance Company v. Curney, Farmer, House, Osuna & Jackson, P.C., and William David Farmer*, pending in the 225th Judicial District Court, Gillespie County, Texas. The Honorable Karen Pozza signed the orders at issue in this original proceeding.